**DOCKET NUMBER:** 23-cr-433-3

**CRIMINAL CAUSE FOR** pleading

**BEFORE CHERYL L. POLLAK, U.S.M.J.**    **DATE:** 2/20/2025    **TIME IN COURT:** 36 minutes

**DEFENDANT'S NAME:** Thomas Smith
- X Present
- ___ Not Present
- ___ Custody
- ___ Not Custody

**DEFENSE COUNSEL:** Kathryn Wozencroft
- ___ Federal Defender
- ___ CJA
- X Retained

**A.U.S.A.:** John O'Donnell Enright, Dana Rehnquist    **PRETRIAL/PROBATION:**

**COURT REPORTER**    X **ESR OPERATOR** Kathryn Arnett    **LOG:** FTR 9:06-9:42

**INTERPRETER:** None    **LANGUAGE:** n/a

- ___ Arraignment
- X Change of Plea Hearing (~*Util-Plea Entered*)
- ___ In Chambers Conference
- ___ Pre-Trial Conference
- ___ Initial Appearance
- ___ Status Conference
- ___ Telephone Conference
- ___ Jury Selection
- ___ Motion Hearing – evidentiary
- ___ Other Hearing:
- ___ Revocation of Probation – non-contested
- ___ Revocation of Probation – contested
- ___ Sentencing – non-evidentiary
- ___ Sentencing – contested
- ___ Revocation of Supervised Rel. – evidentiary
- ___ Revocation of Supervised Rel. – non-evidentiary
- ___ Voir Dire Begun
- ___ Voir Dire Held

- X Case called
- X Defendant: ___ Sworn ___ Informed of Rights
- X Defendant consents to have plea taken by a U.S. Magistrate Judge after being advised of the right to have the plea taken before a U.S. District Judge.
- ___ Waiver of Indictment Executed
- X Defendant Withdraws Not Guilty Plea and Enters Plea of Guilty as Stated on the Record
- X Court Finds Factual Basis for the Plea
- ___ Sentencing Set for:
- X Based on the proceedings held in open court, it is respectfully recommended that the Court: (1) find that the plea of guilty was made knowingly, and is voluntary and uncoerced; (2) find that there is a factual basis for the plea; and (3) accept the plea.
- ___ Order of Excludable Delay Entered: From ___ To ___
- ___ Order of Temporary Detention Entered

**TEXT**

Case called. Defendant Thomas Smith present with Counsel Kathryn Wozencroft. AUSAs John O'Donnell Enright, Dana Rehnquist present for the government. Defendant consented to having plea taken by Magistrate Judge Pollak. Defendant pleads guilty to Counts One and Two of the Indictment (Conspiracy to Commit

Securities Fraud, 18 U.S.C. § 371, and Conspiracy to Commit Wire Fraud, 18 U.S.C. § 1349). Judge Pollak recommends that Judge Komitee accept defendant's plea.

**UTILITIES**

| | | | |
|---|---|---|---|
| X | ~Util-Plea Entered | _____ | ~Util-Add/Terminate Attorneys |
| _____ | ~Util-Exparte Matter | _____ | ~Util-Terminate Parties |
| _____ | ~Util-Set/Reset Deadlines | _____ | ~Util-Indictment Unsealed |
| _____ | ~Util-Set/Reset Hearings | _____ | ~Util-Information Unsealed |
| _____ | ~Util-Set/Reset Deadlines/Hearings | _____ | ~Util-Bond Set/Reset |
| _____ | ~Util-Terminate Motions | _____ | ~Util-Set/Reset Mot./R&R Deadlines/Hearings |